Howard L. Magee (SBN 185199)
hmagee@diversitylaw.com
Larry W. Lee (SBN 228175)
lwlee@diversitylaw.com
**DIVERSITY LAW GROUP, P.C.**
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California 90071
(213) 488-6555 telephone
(213) 488-6554 facsimile

Attorneys for Defendants
Torrance Memorial Medical Center, Peggy Berwald,
Lois Michael, and Craig Leach.

LAW OFFICES OF BOB B. KHAKSHOOY
BOB KHAKSHOOY (BAR NO. 224044)
9454 Wilshire Blvd., Suite 631
Beverly Hills, CA 90212
Phone: (310) 278-6666
Fax: (310) 278-0866

Attorney for Plaintiff Sherry Betts

FILED
CLERK, U.S. DISTRICT COURT
FEB - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY BETTS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TORRANCE MEMORIAL MEDICAL CENTER, an unknown business entity; TRACY WEINTRAUB, an individual; PEGGY BERWALD, an individual; LOIS MICHAEL, an individual; CRAIG LEACH, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:11 – cv – 00213-SVW-PLA<br><br>**STIPULATION TO REMAND AND [PROPOSED] ORDER**<br><br>District Judge: Hon. Stephen V. Wilson<br>Magistrate Judge: Hon. Paul Abrams |

1
STIPULATION TO REMAND AND [PROPOSED] ORDER

1  WHEREAS on November 9, 2010, a civil action was commenced in the Superior Court of the State of California in and for the County of Los Angeles (the "Superior Court"), entitled *Sherry Betts, an individual, Plaintiff, vs. Torrance Memorial Medical Center, an unknown business entity; Tracy Weintraub, an individual, Peggy Berwald, an individual; Lois Michael, an individual; Craig Leach, an individual; and Does 1 through 50, inclusive, Defendants*, as Case Number BC449049 (the "Action");

WHEREAS Defendants Torrance Memorial Medical Center ("TMMC"), Peggy Berwald ("Berwarld"), Lois Michael ("Michael") and Craig Leach ("Leach") were all served with Plaintiff Sherry Betts' Summons and Complaint by Notice and Acknowledgment of Receipt through their counsel of record herein;

WHEREAS Defendants TMMC, Berwald, Michael and Leach answered the Complaint in the Los Angeles County Superior Court on January 6, 2011;

WHEREAS on January 7, 2011, Defendants TMMC, Berwald, Michael, and Leach removed the Action to the United States District Court, Central District of California, pursuant to the provisions of 28 U.S.C. § 1441(a) & (b) in that the Action arose under the federal Family and Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. § 2601, et seq. (see Action, Fourth Cause of Action);

WHEREAS on January 11, 2011, the United States District Court, Central District of California, ordered that a Status Conference take place on Monday, February 14, 2011, at 3:00 p.m. before the Honorable Stephen V. Wilson;

WHEREAS on January 25, 2011, Plaintiff Sherry Betts filed a First Amended Complaint for Damages, said First Amended Complaint for Damages being devoid of a cause of action under the federal FMLA (hence, depriving this Court of federal question jurisdiction);

WHEREAS on February 4, 2011, Plaintiff filed a Notice of Motion and Motion to Remand the Action back to the Superior Court of California – Los Angeles County;

1  WHEREAS Defendants and Plaintiff have conferred and agreed, with the
2  consent of this Court, to remand the Action back to the Superior Court of
3  California – Los Angeles County;
4  WHEREAS if this Court Orders the Action remanded back to the State
5  Superior Court of California – Los Angeles County, Defendants shall have at least
6  thirty five (35) days from this Court's Order remanding the Action back to State
7  Court, in which to file a responsive pleading to Plaintiff's First Amended
8  Complaint for Damages;
9  IT IS THEREFORE HEREBY STIPULATED by and between Defendants
10 and Plaintiff, that with the consent of this Court, this case be Remanded back to
11 the Superior Court of California – Los Angeles County. Additionally, Defendants
12 shall have at least thirty five (35) days from this Court's Order remanding the
13 action back to State Court, in which to file a responsive pleading to Plaintiff's
14 First Amended Complaint for Damages. Further, Defendants and Plaintiff agree
15 that a signed faxed copy of this stipulation has the same legal effect as a signed
16 original.
17 Based on the grounds set forth above, it is respectfully requested that the
18 Court grant this request.

Dated: February 7, 2011            LAW OFFICES OF BOB B. KHAKSHOOY

                                   By: _____
                                       Bob B. Khakshooy, Esq.
                                       Attorney for Plaintiff, Sherry Betts.

Dated: February 7, 2011            DIVERSITY LAW GROUP, P.C.

                                   By: _____
                                       Howard L. Magee, Esq.
                                       Attorneys for Defendants Torrance
                                       Memorial Medical Center, et al.

3
STIPULATION TO REMAND AND [PROPOSED] ORDER

# [PROPOSED] ORDER

THE COURT, having received and reviewed the Stipulation to Remand submitted by the parties herein, and GOOD CAUSE APPEARING, hereby orders as follows:

IT IS HEREBY ORDERED that this case be Remanded back to the Superior Court of California – Los Angeles County.

It is FURTHER ORDERED that Defendants shall have at least thirty five (35) days from this Court's Order remanding the matter back to State Court, in which to file a responsive pleading to Plaintiff's First Amended Complaint for Damages.

Dated: February 9, 2011

By: _____
Hon. Judge Stephen V. Wilson
United States District Court,
Central District of California